# UNITED STATES DISTRICT COURT
## District of Minnesota
## Clerk's Office, 708 Federal Building,
## 316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1215 DWF/AJB **Case Title:** Waycool v. Patterson Fan

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stanislav Torgovitsky, an attorney admitted to practice in the ________ District of Virginia, but not admitted to the bar of this court, who will be counsel for the ()plaintiff ()defendant defendant in the case(s) listed above. I am aware that the ~~local rules~~ of this court require that I participate in the presentation of the case(s) listed above, ~~and that I accept~~ service of all papers served.

[signature] Signature | 84712 MN Attorney License # | Aug/15/2001 Date

**Affidavit of Proposed Admittee**

I, Stanislav Torgovitsky am currently a member in good standing of the U.S. District Court for the ________ District of Virginia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stanislav Torgovitsky Type/Print Name | [signature] Signature | 8/14/01 Date

Attorney License Number: 40546

Law Firm Name & Address:
Sughrue, Mion, Zinn, MacPeak & Seas
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 293-7060

Motion Granted: [signature] kj
For the Court: Francis E. Dosal, Clerk

AUG 16 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________