**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WayCool Manufacturing, LLC, a Minnesota Limited Liability Corporation,

Plaintiff,

v.

Patterson Fan Company, Inc., a South Carolina Corporation,

Defendant.

Civil No. 01-1215 (DWF/AJB)

**ORDER OF REFERENCE**

---

Robert Meller, Jr., Esq., Best & Flanagan, 4000 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

David Pearson, Esq., Winthrop & Weinstine, 3200 MN World Trade Center, 30 East 7th Street, St. Paul, MN 55101 and Richard Turner, Esq., Cynthia Weber, Esq., and Stanislav Torgovitsky, Esq., Sughrue Mion Zinn MacPeak & Seas, 2100 Pennsylvania Avenue Northwest, Washington, DC 20037, counsel for Defendant and Patterson Ventilation Company, Inc., Third-Party Plaintiff.

Robert E. Johnson and Janice Ann Johnson, 3849 Hidden Acres Circle, North Fort Myers, Florida 33903, representing themselves as Third-Party Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Third-Party Defendant's Motion to Dismiss (Docket No. 9) is referred to Magistrate Judge Arthur J. Boylan.

The Parties are directed to call and schedule the above motion with Calendar Clerk Kathy Thobe, telephone number 651-848-1210.

Dated: September 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 10 2001
Richard E. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________