**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Way Cool Manufacturing LLC, a Minnesota Limited Liability Corporation,

Plaintiff,

v.

Patterson Fan Company Inc., a South Carolina Corporation,

Defendant,

and

Patterson Fan Company, Inc., and Patterson Ventilation Company, Inc.,

Third-Party Plaintiffs,

v.

Robert E. Johnson and Janice A. Johnson, individuals domiciled in Florida,

Third-Party Defendants.

Civil No. 01-1215 (DWF/AJB)

**ORDER ON THIRD-PARTY DEFENDANTS' MOTION TO DISMISS**

---

Robert L. Meller, Jr., Esq., and Cynthia L. Hegarty, Esq., Best & Flanagan, 4000 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

David P. Pearson, Esq., Winthrop & Weinstine, 3200 Minnesota World Trade Center, 30 East Seventh Street, St. Paul, MN 55101; Richard C. Turner, Esq., Cynthia C. Weber, Esq., Stanislav Torgovitsky, Esq., Sughrue Mion Zinn MacPeak & Seas, 2100 Pennsylvania Avenue N.W., Washington, DC 20037, counsel for Defendant and Third-Party Plaintiffs.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 19, 2001, along with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that third-party defendants' motion

NOV 2 0 2001
FILED
RICH... CLERK
JUDG... ENT'D
DEPUTY CLERK

to dismiss pursuant to Fed. R. Civ. P. 12(b)(1)(2)(3) and (6) is **DENIED**. Third-party defendants are required to answer the third-party complaint.

Dated: November 20, 2001

DONOVAN W. FRANK
Judge of United States District Court