**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Way Cool Manufacturing LLC, a Minnesota Limited Liability Corporation,

Plaintiff,

v.

Patterson Fan Company Inc., a South Carolina Corporation,

Defendant,

Patterson Ventilation Company, Inc.,

Third-Party Plaintiff,

Patterson Fan Company, Inc.,

Counter-Claimant,

v.

Way Cool Manufacturing, LLC,

Counter-Defendant,

Patterson Fan Company Inc. and Patterson Ventilation Company,

Third-Party Plaintiffs,

v.

Robert E. Johnson and Janice Ann Johnson, being sued as Janice A. Johnson, Individuals domiciled in Florida,

Third-Party Defendants.

Civil No. 01-1215 (DWF/AJB)

**ORDER**

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

---

Robert L. Meller, Jr., Esq., and Cynthia L. Hegarty, Esq., Best & Flanagan, 4000 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

David P. Pearson, Esq., Winthrop & Weinstine, 3200 Minnesota World Trade Center, 30 East Seventh Street, St. Paul, MN 55101; Richard C. Turner, Esq., Cynthia C. Weber, Esq., Stanislav Torgovitsky, Esq., Sughrue Mion Zinn MacPeak & Seas, 2100 Pennsylvania Avenue Northwest, Washington, DC 20037, counsel for Defendants and Third-Party Plaintiffs Patterson Fan Company Inc. and Patterson Ventilation Company, Inc.

---

This matter is before the Court upon Defendants' appeal of Magistrate Judge Arthur J. Boylan's order dated December 21, 2001, in which Magistrate Judge Boylan granted Plaintiff's motion for leave to file an amended complaint to join Vance Patterson as an individual Defendant with respect to all causes of action, except the claim for unjust enrichment. Plaintiff opposes Defendants' appeal. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). The Court denies Defendants' appeal and affirms Magistrate Judge Boylan's order of December 21, 2001, in all respects.

The Court finds that Magistrate Judge Boylan's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Arthur J. Boylan's order of December 21, 2001 (Doc. No. 34) is **AFFIRMED** in all respects.

Dated: February 19, 2002

DONOVAN W. FRANK
Judge of United States District Court