UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Way Cool Manufacturing LLC, a Minnesota Limited Liability Corporation,

Plaintiff,

v.

Patterson Fan Company Inc., a South Carolina Corporation, Patterson Ventilation Company, Inc., a South Carolina Corporation, and Vance M. Patterson, individually,

Defendants.

Civil No. 01-1215 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Robert L. Meller, Jr., Esq., and Cynthia L. Hegarty, Esq., Best & Flanagan, 225 Sixth Street South, Suite 4000, Minneapolis, MN 55402, counsel for Plaintiff.

David P. Pearson, Esq., Winthrop & Weinstine, 3200 Minnesota World Trade Center, 30 East Seventh Street, St. Paul, MN 55101; Richard C. Turner, Esq., and Cynthia C. Weber, Esq., Stanislav Torgovitsky, Esq., Sughrue Mion Zinn MacPeak & Seas, 2100 Pennsylvania Avenue N.W., Washington, DC 20037, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice until completion of the settlement terms, at which time the parties will file a dismissal with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 24, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 24 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________