IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

WayCool Manufacturing LLC,
a Minnesota Limited Liability Corporation,

Plaintiff,

Civil No. 01-1215 (DWF/AJB)

vs.

Patterson Fan Company, Inc.,
a South Carolina Corporation; Patterson Ventilation Company, Inc. a South Carolina Corporation, and Vance M. Patterson, Individually,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

---

Patterson Fan Company, Inc. and Patterson Ventilation Company, Inc.

Third-Party Plaintiffs,

v.

Robert E. Johnson and Janice A. Johnson,
Individuals domiciled in Florida,

Third Party Defendants.

---

It is hereby stipulated and agreed by and between Plaintiff WayCool Manufacturing LLC and Defendants Patterson Fan Company, Inc., Patterson Ventilation Company, Inc. and Vance M. Patterson, through their respective attorneys, that the above-entitled action, including all Counterclaims and Third-Party Complaints, may be and hereby is dismissed, <u>without</u> prejudice, and without any award of costs, disbursements or attorneys' fees to any party; and that the Court

FILED JUL 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

may enter an Order herein dismissing the above-entitled action without prejudice, without costs, disbursements or attorneys' fees to any party and without notice to any party or their attorneys.

Date: July 24, 2002

BEST & FLANAGAN LLP

By: Cynthia L. Hegarty
Robert L. Meller, Jr. (#71219)
Cynthia L. Hegarty (#294627)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR PLAINTIFF

Date: July 25, 2002

WINTHROP & WEINSTEIN, P.A.

By:
David P. Pearson (#84712)
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402

And

Richard C. Turner
Cynthia W. Weber
Stanislav Torgovitsky
SUGHRUE MION PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037-3202

ATTORNEYS FOR DEFENDANTS

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation, it is hereby ordered that the above-captioned matter be and the same is hereby dismissed, without prejudice and without any award of costs, disbursements or attorneys' fees to any party.

BY THE COURT:

Dated: July 29, 2002

United States District Judge

191694