IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

WayCool Manufacturing LLC,
a Minnesota Limited Liability Corporation,

Plaintiff,

Civil No. 01-1215 (DWF/AJB)

vs.

Patterson Fan Company, Inc.,
a South Carolina Corporation; Patterson
Ventilation Company, Inc. a South Carolina
Corporation, and Vance M. Patterson,
Individually,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Patterson Fan Company, Inc. and Patterson
Ventilation Company, Inc.

Third-Party Plaintiffs,

v.

Robert E. Johnson and Janice A. Johnson,
Individuals domiciled in Florida,

Third Party Defendants.

It is hereby stipulated and agreed by and between Plaintiff WayCool Manufacturing LLC and Defendants Patterson Fan Company, Inc., Patterson Ventilation Company, Inc. and Vance M. Patterson, through their respective attorneys, that the above-entitled action, including all Counterclaims and Third-Party Complaints, may be and hereby is dismissed, with prejudice, and without any award of costs, disbursements or attorneys' fees to any party; and that the Court may

FILED MAR 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

enter an Order herein dismissing the above-entitled action with prejudice, without costs, disbursements or attorneys' fees to any party and without notice to any party or their attorneys.

Date: 3/3, 2003

BEST & FLANAGAN LLP

By: Cynthia L. Hegarty

Robert L. Meller, Jr. (#71219)
Cynthia L. Hegarty (#294637)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR PLAINTIFF

Date: Jan 22, 2003

WINTHROP & WEINSTEIN, P.A.

By:

David P. Pearson (#84712)
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402

And

Richard C. Turner
Cynthia W. Weber
Stanislav Torgovitsky
SUGHRUE MION PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037-3202

ATTORNEYS FOR DEFENDANTS

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation, it is hereby ordered that the above-captioned matter be and the same is hereby dismissed, with prejudice and without any award of costs, disbursements or attorneys' fees to any party.

BY THE COURT:

Dated: 3/13/, 2003

United States District Judge

222066